Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
23151 Moulton Parkway Suite 131
Laguna Hills, CA 92653
Phone (949) 218-2002
Fax (949) 325-1171
avaesq@lakeforestbkoffice.com

**ATTORNEY FOR PLAINTIFF
CHRISTOPHER NGUYEN**

**FILED & ENTERED**

**AUG 13 2014**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber    DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In Re:  JOHN ALFONSO LEPE, AND KATHERINE LOUISA LEPE<br><br>CHRISTOPHER NGUYEN, an individual;<br>    Plaintiff and Creditor,<br><br>Vs.<br><br>JOHN ALFONSO LEPE, AND KATHERINE LOUISA LEPE<br>    Defendants and Debtors | Case No.:     8:12-bk-12395-ES<br>Adv. No:       8:12-ap-01324-ES<br><br>**Chapter 7**<br><br>**ORDER ON DEFAULT PROVE-UP HEARING**<br><br>**JUDGE**<br>**HONORABLE ERITHE A. SMITH**<br><br>**PROVE UP HEARING:**<br><br>Date:  **August 5, 2014**<br>Time:  10:30 a.m.<br>Ctrm:  5A |

///

///

///

_____

- 1

ORDER

IT IS HEREBY ORDERED:

1. The Motion for Default judgment is granted as to JOHN ALFONSO LEPE and KATHERINE LOUISA LEPE (collectively "Defendants") in the amount of $136,960.28 pursuant to 11 U.S.C. 523(a)(2)(a) and 11 U.S.C. 523(a)(4) and, as such, Defendants' liability to Plaintiff in the same amount is not discharged; and

2. The Motion is denied as to the claims for relief under 11 U.S.C. 523(a)(6) and 727(a)(4).

###

Date: August 13, 2014

Erithe Smith
United States Bankruptcy Judge